FILED
SUPERIOR COURT
OF GUAM

'20 OCT 22 PM 2: 55

BY_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| MAXIMUM ENTERTAINMENT, INC., | Civil Case No. CV0309-20 |
| Plaintiff, | |
| v. | **DECISION AND ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| UNISTAR PROPERTY MANAGEMENT CORP., | |
| Defendant. | |

This matter came before the Honorable Alberto C. Lamorena, III on August 24, 2020 for hearing on Defendant Unistar Property Management Corp.'s ("Defendant's") Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) ("Motion"). Attorney Michael J. Berman represents Plaintiff Maximum Entertainment, Inc.,[1] and Attorney Michael D. Flynn, Jr. represents Defendant.

Defendant filed their Motion, alleging Attorney Berman and his office do not represent Plaintiff and that neither the owners nor the officers of Plaintiff have authorized a civil action on their behalf. Mot. at 1. Defendant's ask for dismissal on the grounds that Plaintiff therefore lacks standing to bring suit under Guam Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendant supports their motion with the declaration of Matthew Giger, President and Director of Plaintiff Maximum Entertainment, Inc. Mr. Giger asserts that Plaintiff never engaged Attorney Berman nor his office to represent Plaintiff and do not now authorize an action on their behalf. Decl. of Matthew Giger at 1-2 (June 29, 2020). Attorney Berman, on behalf of Plaintiff, filed a non-opposition to Defendant's Motion to Dismiss.

---

[1] For the purposes of this Motion, the Court acknowledges that Attorney Berman is currently counsel of record for Plaintiff.

Decision and Order Granting Defendant's Motion to Dismiss
CV0309-20, *Maximum Entm't, Inc. v. Unistar Prop. Mgmt., Corp,*
Page 1 of 2

Having duly considered the parties' briefs and the applicable law, the Court **GRANTS** Defendant's Motion. The Court **ORDERS** that the above-captioned matter be dismissed without prejudice.

**IT IS SO ORDERED** this ___OCT 2 2 2020___.

_____

**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic
copy of the original was e-mailed to:

_____

_____

Date: _____ Time: _____

_____

Deputy Clerk, Superior Court of Guam

Decision and Order Granting Defendant's Motion to Dismiss
CV0309-20, *Maximum Entm't, Inc. v. Unistar Prop. Mgmt., Corp,*
Page **2** of **2**